# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Harold Eng, Individually and on Behalf of All Others Similarly Situated ; City of Fort Lauderdale General Employees' Retirement System

**Plaintiff,**

**V.**

Edison International; Theodore F. Craver, Jr.; William James Scilacci ; Ron Litzinger

**Defendant.**

**Civil Action No.** 15cv1478-BEN-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion to dismiss the Third Amended Complaint is Granted, and Plaintiff's Third Amended Complaint is Dismissed with prejudice. It Is So Ordered.

**Date:** 3/19/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ A. Hazard
A. Hazard, Deputy